| | |
|---|---|
| Philip S. McCune, WSBA #21081<br>J. Chad Mitchell, WSBA #39689<br>Summit Law Group PLLC<br>315 Fifth Avenue South, Suite 1000<br>Seattle, WA 98104-2682<br>Tel: (206) 676-7000<br>Fax: (206) 676-7001<br>philm@summitlaw.com<br>chadm@summitlaw.com<br><br>Sean M. Kneafsey (*pro hac vice*)<br>Shaun Swiger (*pro hac vice*)<br>Kneafsey & Friend LLP<br>800 Wilshire Boulevard, Suite 710<br>Los Angeles, CA 90017<br>Tel: (213) 892-1200<br>Fax: (213) 892-1208<br>skneafsey@kneafseyfriend.com<br>sswiger@kneafseyfriend.com<br><br>*Attorneys for Plaintiff ThermaPure, Inc.* | THE HONORABLE ROBERT H. WHALEY |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THERMAPURE, INC., a California corporation,<br><br>             Plaintiff,<br><br>  v.<br><br>JUST RIGHT CLEANING & CONSTRUCTION, INC., a Washington corporation,<br><br>             Defendant. | CASE NO. CV-11-00431-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER** |
| JUST RIGHT CLEANING & CONSTRUCTION, INC., a Washington corporation,<br><br>             Counterclaimant,<br><br>  v.<br><br>THERMAPURE, INC., a California corporation,<br><br>             Counterdefendant. | |

ORDER GRANTING STIPULATED MOTION FOR
PROTECTIVE ORDER
CASE NO. CV-11-00431-RHW

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  This matter has come before the Court on the parties' Stipulated Motion for
2  Entry of Protective Order. Having reviewed all relevant papers and pleadings and
3  being otherwise familiar with the file and relevant matters, the Court finds and
4  rules as follows:

5  The Stipulated Motion is hereby GRANTED.

6  IT IS SO ORDERED.

7  DATED this 28th day of June, 2012.

      *s/Robert H. Whaley*
      THE HONORABLE ROBERT H. WHALEY
      United States District Court Judge

ORDER GRANTING STIPULATED MOTION FOR
PROTECTIVE ORDER - 1
CASE NO. CV-11-00431-RHW

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001