Philip S. McCune, WSBA #21081
J. Chad Mitchell, WSBA #39689
Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Tel: (206) 676-7000
Fax: (206) 676-7001
philm@summitlaw.com
chadm@summitlaw.com

Sean M. Kneafsey (*pro hac vice*)
Kneafsey & Friend LLP
800 Wilshire Boulevard, Suite 710
Los Angeles, CA 90017
Tel: (213) 892-1200
Fax: (213) 892-1208
skneafsey@kneafseyfriend.com

*Attorneys for Plaintiff Thermapure, Inc.*

The Honorable Robert H. Whaley

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THERMAPURE, INC., a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>JUST RIGHT CLEANING & CONSTRUCTION, INC., a Washington corporation,<br><br>        Defendant.| CASE NO. C11-00431-RHW<br><br>**PLAINTIFF'S MOTION TO EXPEDITE**<br><br>**Note for motion calendar:**<br><br>**08/06/2013**<br>**Without Oral Argument** |
| JUST RIGHT CLEANING & CONSTRUCTION, INC., a Washington corporation,<br><br>        Counterclaimant,<br><br>   v.<br><br>THERMAPURE, INC., a California corporation,<br><br>        Counterdefendant. | |

PLAINTIFF'S MOTION TO EXPEDITE - 1
(CV-11-000431-RHW)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1
2
3
4   Pursuant to LR 7.1(h)(2)(C), Plaintiff Thermapure, Inc. respectfully requests the Court to resolve Plaintiff's Motion to Exceed Page Limit ("Motion to Exceed") on an expedited basis.  Good cause exists to hear this matter on an expedited basis as follows.

5
6
7
8
9
10
11
12
13   Plaintiff's Motion to Exceed would normally be set for hearing without oral argument on August 29, 2013, which is the same day the hearing on Defendant's Motion for Attorneys Fees (ECF No. 103) will be heard.  As Plaintiff is seeking to exceed the page limit in its response to Defendant's attorney fee motion, Plaintiff is filing this Motion to Expedite so that the page limit issue can be ruled upon before the attorney fee motion telephonic hearing at 9:30 a.m. on August 29.  Counsel for Thermapure has attempted to contact counsel for Just Right via telephone and email, but as of the filing of this motion, Thermapure's counsel has not received a response as to whether Just Right will oppose this motion

14
15
16   Therefore, Plaintiff requests that its Motion to Exceed Page Limit be heard on August 6, 2013, or at another time convenient for the Court, but before the August 29, 2013 attorney fee motion hearing date.

17   DATED this 30th day of July, 2013.

18   Respectfully Submitted,

19   KNEAFSEY & FRIEND LLP

20
21   By s/ *Sean M. Kneafsey*
    Sean M. Kneafsey (*pro hac vice*)
22   800 Wilshire Boulevard, Suite 710
    Los Angeles, CA  90017
23   Tel:   (213) 892-1200
    Fax:  (213) 892-1208
24   skneafsey@kneafseyfriend.com
25
26

PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT - 2
(CV-11-000431-RHW)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SUMMIT LAW GROUP PLLC

By s/ *J. Chad Mitchell*
   J. Chad Mitchell, WSBA #39689
   Philip S. McCune, WSBA #21081
   315 Fifth Avenue S., Suite 1000
   Seattle, WA  98104-2682
   Tel:   (206) 676-7000
   Fax:  (206) 676-7001
   chadm@summitlaw.com
   philm@summitlaw.com

***Attorneys for Plaintiff Thermapure, Inc.***

PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT - 3
(CV-11-000431-RHW)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Joel B. Ard
>Ellen Alexandra Gilliland
>Janelle Milodragovich
>Foster Pepper PLLC
>111 Third Avenue, Suite 3400
>Seattle, WA 98101
>ardjb@foster.com
>gilla@foster.com
>miloj@foster.com
>
>Irene Margret Hecht
>Keller Rohrback LLP
>1201 Third Avenue, Suite 3200
>Seattle, WA 98101
>ihecht@kellerrohrback.com
>
>Timothy P. Cronin
>Mullin Cronin Casey & Blair PS
>115 N Washington, Third Floor
>Spokane, WA 99201
>timcronin@mccblaw.com

DATED this 30th day of July, 2013.

>s/ *Deanna L. Schow*
>Deanna L. Schow
>Summit Law Group, PLLC
>315 Fifth Avenue S., Suite 1000
>Seattle, WA 98104-2682
>Tel: (206) 676-7000
>deannas@summitlaw.com

PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT - 4
(CV-11-000431-RHW)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001