Philip S. McCune, WSBA #21081
J. Chad Mitchell, WSBA #39689
Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Tel: (206) 676-7000
Fax: (206) 676-7001
philm@summitlaw.com
chadm@summitlaw.com

Sean M. Kneafsey (*pro hac vice*)
Kneafsey & Friend LLP
800 Wilshire Boulevard, Suite 710
Los Angeles, CA 90017
Tel: (213) 892-1200
Fax: (213) 892-1208
skneafsey@kneafseyfriend.com

*Attorneys for Plaintiff Thermapure, Inc.*

The Honorable Robert H. Whaley

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THERMAPURE, INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>JUST RIGHT CLEANING & CONSTRUCTION, INC., a Washington corporation,<br><br>        Defendant. | CASE NO. C11-00431-RHW<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO EXPEDITE**<br><br>**Note for motion calendar:**<br><br>**08/06/2013**<br>**Without Oral Argument** |
| JUST RIGHT CLEANING & CONSTRUCTION, INC., a Washington corporation,<br><br>        Counterclaimant,<br><br>  v.<br><br>THERMAPURE, INC., a California corporation,<br><br>        Counterdefendant. | |

ORDER ON PLAINTIFF'S MOTION TO EXPEDITE - 1
(CV-11-000431-RHW)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  This matter has come before the Court on Plaintiff's Motion to Expedite
2  regarding Plaintiff's Motion to Exceed Page Limit. Having reviewed all relevant
3  papers and pleadings, and being otherwise familiar with the file and relevant matters,
4  the Court finds and rules as follows:
5  Plaintiff's Motion is hereby GRANTED.
6  **IT IS SO ORDERED.**
7  DATED this _____ day of _____, 2013.

_____
THE HONORABLE ROBERT H. WHALEY
United States District Court Judge

ORDER ON PLAINTIFF'S MOTION TO EXPEDITE - 2
(CV-11-000431-RHW)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Joel B. Ard
> Ellen Alexandra Gilliland
> Janelle Milodragovich
> Foster Pepper PLLC
> 111 Third Avenue, Suite 3400
> Seattle, WA  98101
> ardjb@foster.com
> gilla@foster.com
> miloj@foster.com
>
> Irene Margret Hecht
> Keller Rohrback LLP
> 1201 Third Avenue, Suite 3200
> Seattle, WA  98101
> ihecht@kellerrohrback.com
>
> Timothy P. Cronin
> Mullin Cronin Casey & Blair PS
> 115 N Washington, Third Floor
> Spokane, WA  99201
> timcronin@mccblaw.com

DATED this 30th day of July, 2013.

> s/ *Deanna L. Schow*
> Deanna L. Schow
> Summit Law Group, PLLC
> 315 Fifth Avenue S., Suite 1000
> Seattle, WA  98104-2682
> Tel:   (206) 676-7000
> deannas@summitlaw.com

ORDER ON PLAINTIFF'S MOTION TO EXPEDITE - 3
(CV-11-000431-RHW)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001